# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Robert  Crowell** |
| | First Name          Middle Name                        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name                        Last Name |
| Case number | **22-20300** |
| (If known) | |

☑ Check if this is an amended plan.

# Amended Chapter 13 Plan and Motion

[Pursuant to Fed. R. Bankr. P. 3015.1, the Southern District of Georgia General Order 2017-3 adopts this form in lieu of the Official Form 113].

1.       **Notices. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as not being contained in the plan or if neither or both boxes are checked, the provision will be ineffective if set out in the plan.**

   (a)      This plan:
   - ☐ contains nonstandard provisions.  See paragraph 15 below.
   - ☑ does not contain nonstandard provisions.

   (b)      This plan:
   - ☐ values the claim(s) that secures collateral. See paragraph 4(f) below.
   - ☑ does not value claim(s) that secures collateral.

   (c)      This plan:
   - ☐ seeks to avoid a lien or security interest. See paragraph 8 below.
   - ☑ does not seek to avoid a lien or security interest.

2.       **Plan Payments.**

   (a)      The Debtor(s) shall pay to the Chapter 13 Trustee (the "Trustee") the sum of $**1,300.00** for the applicable commitment period of:

   ☑ 60 months: **or**

   ☐ a minimum of 36 months. See 11 U.S.C. § 1325(b)(4).

   (If applicable include the following: These plan payments will change to $_____ monthly on _____.)

   (b)      The payments under paragraph 2(a) shall be paid:

   ☑ Pursuant to a Notice to Commence Wage Withholding, the Debtor(s) request(s) that the Trustee serve such Notice(s) upon the Debtor's(s') employer(s) as soon as practicable after the filing of this plan. Such Notice(s) shall direct the Debtor's(s') employer(s) to withhold and remit to the Trustee a dollar amount that corresponds to the following percentages of the monthly plan payment:

   ☑ Debtor 1 _____**100**_____ %  ☐ Debtor 2 _____ %

   ☐ Direct to the Trustee for the following reason(s):
   - ☐ The Debtor(s) receive(s) income solely from self-employment, Social Security, government assistance, or retirement.
   - ☐ The Debtor(s) assert(s) that wage withholding is not feasible for the following reason(s):
   _____

   (c)      Additional Payments of $**0.00** (estimated amount) will be made on ____,__ (anticipated date) from  (source, including income tax refunds).

3.       **Long-Term Debt Payments.**

   (a) **Maintenance of Current Installment Payments.** The Debtor(s) will make monthly payments in the manner specified as follows on the following long-term debts pursuant to 11 U.S.C. § 1322(b)(5). These postpetition payments will be disbursed by either the Trustee or directly by the Debtor(s), as specified below. Postpetition payments are to be applied to postpetition amounts owed for principal,

| Debtor | **Robert Crowell** | | | Case number | **22-20300** |

interest, authorized postpetition late charges and escrow, if applicable. Conduit payments that are to be made by the Trustee which become due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim.

| CREDITOR | COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | PAYMENTS TO MADE BY (TRUSTEE OR DEBTOR(S)) | MONTH OF FIRST POSTPETITION PAYMENT TO CREDITOR | INITIAL MONTHLY PAYMENT |
|---|---|---|---|---|---|
| **Model Finance Company** | **2003 Seadoo 750 Daughter and Son in Law are in possession and pay the monthly payment** | **No** | **Daughter** | | **$0.00** |
| **U S Auto Finance, Inc.** | **2015 Volkswagen Passat 153000 miles Location: 1073 Well Street NE, Townsend GA 31331** | **No** | **Debtor** | | **$93.45** |

(b) **Cure of Arrearage on Long-Term Debt.** Pursuant to 11 U.S.C. § 1322(b)(5), prepetition arrearage claims will be paid in full through disbursements by the Trustee, with interest (if any) at the rate stated below. Prepetition arrearage payments are to be applied to prepetition amounts owed as evidenced by the allowed claim.

| CREDITOR | DESCRIPTION OF COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | ESTIMATED AMOUNT OF ARREARAGE | INTEREST RATE ON ARREARAGE (if applicable) |
|---|---|---|---|---|
| **-NONE-** | | | | |

4.    **Treatment of Claims.** From the payments received, the Trustee shall make disbursements as follows unless designated otherwise:

(a)      **Trustee's Fees.** The Trustee percentage fee as set by the United States Trustee.

(b)      **Attorney's Fees.** Attorney's fees allowed pursuant to 11 U.S.C. § 507(a)(2) of $**4,000.00**.

(c)      **Priority Claims.** Other 11 U.S.C. § 507 claims, unless provided for otherwise in the plan will be paid in full over the life of the plan as funds become available in the order specified by law.

(d)      **Fully Secured Allowed Claims.** All allowed claims that are fully secured shall be paid through the plan as set forth below.

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| **1st Franklin Financial** | **2013 Yamaha Golf Cart, 1999 sail fish flats boat Location: 1073 Well Street NE, Townsend GA 31331** | **14,121.58** | **7.00%** | **279.62** |
| **Title Max** | **2000 Ford F250 130000 miles Location: 1073 Well Street NE, Townsend GA 31331** | **4,361.00** | **6.00%** | **84.31** |

(e)      **Secured Claims Excluded from 11 U.S.C. § 506 (those claims subject to the hanging paragraph of 11 U.S.C. § 1325(a)).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor(s), or (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the plan with interest at the rate stated below:

GASB - Form 113 December 1, 2017

Debtor    **Robert Crowell**                                        Case number    **22-20300**

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| **Bridgecrest** | **2013 Nissan Rogue 104000 miles Location: 1073 Well Street NE, Townsend GA 31331** | **13,489.00** | **6.00%** | **221.69** |

(f)    **Valuation of Secured Claims to Which 11 U.S.C. § 506 is Applicable.** The Debtor(s) move(s) to value the claims partially secured by collateral pursuant to 11 U.S.C. § 506 and provide payment in satisfaction of those claims as set forth below. The unsecured portion of any bifurcated claims set forth below will be paid pursuant to paragraph 4(h) below. The plan shall be served on all affected creditors in compliance with Fed. R. Bankr. P. 3012(b), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | DESCRIPTION OF COLLATERAL | VALUATION OF SECURED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| **-NONE-** | | | | |

(g)    **Special Treatment of Unsecured Claims.** The following unsecured allowed claims are classified to be paid at 100%

☐ with interest at _____% per annum; **or** ☐ without interest:

**None**

(h)`   **General Unsecured Claims.** Allowed general unsecured claims, including the unsecured portion of any bifurcated claims provided for in paragraph 4(f) or paragraph 9 of this plan, will be paid a **dividend of** $**8,359.04**,.

**5.**    **Executory Contracts**.

(a)    **Maintenance of Current Installment Payments or Rejection of Executory Contract(s) and/or Unexpired Lease(s).**

| CREDITOR | DESCRIPTION OF PROPERTY/SERVICES AND CONTRACT | ASSUMED/REJECTED | MONTHLY PAYMENT | DISBURSED BY TRUSTEE OR DEBTORS |
|---|---|---|---|---|
| **-NONE-** | | | | |

**(b)**    **Treatment of Arrearages.** Prepetition arrearage claims will be paid in full through disbursements by the Trustee.

| CREDITOR | ESTIMATED ARREARAGE |
|---|---|
| **-NONE-** | |

**6.**    **Adequate Protection Payments.** The Debtor(s) will make pre-confirmation lease and adequate protection payments pursuant to 11 U.S.C. § 1326(a)(1) on allowed claims of the following creditors: ☐ Direct to the Creditor; **or** ☑ To the Trustee

| CREDITOR | ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT |
|---|---|
| **1st Franklin Financial** | **141.21** |
| **Bridgecrest** | **114.72** |
| **U S Auto Finance, Inc.** | **48.34** |

**7.**    **Domestic Support Obligations.** The Debtor(s) will pay all postpetition domestic support obligations direct to the holder of such claim identified here. See 11 U.S.C. § 101(14A). The Trustee will provide the statutory notice of 11 U.S.C. § 1302(d) to the following claimant(s):

| CLAIMANT | ADDRESS |
|---|---|
| **-NONE-** | |

**8.**    **Lien Avoidance.** Pursuant to 11 U.S.C. § 522(f), the Debtor(s) move(s) to avoid the lien(s) or security interest(s) of the following creditor(s), upon confirmation but subject to 11 U.S.C. § 349, with respect to the property described below. The plan shall be served on all affected creditor(s) in compliance with Fed. R. Bankr. P. 4003(d), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | LIEN IDENTIFICATION (if known) | PROPERTY |
|---|---|---|
| **-NONE-** | | |

**9.**    **Surrender of Collateral.** The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of the plan. The Debtor(s) request(s) that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated

Debtor    **Robert Crowell**                                      Case number    **22-20300**

as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of this plan if the creditor amends its previously-filed, timely claim within 180 days from entry of the order confirming this plan or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|---|---|---|
| **Santander Consumer USA Inc.** | **2004 Chrysler PT Cruiser (Car was totaled several years ago)** | **unknown** |
| **Texas Dealer Solutions** | **2012 Toyota Sienna 207000 miles Location: 1073 Well Street NE, Townsend GA 31331** | **7,257.00** |

10.    **Retention of Liens.** Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by 11 U.S.C § 1325(a)(5).

11.    **Amounts of Claims and Claim Objections.** The amount, and secured or unsecured status, of claims disclosed in this plan are based upon the best estimate and belief of the Debtor(s). An allowed proof of claim will supersede those estimated claims. In accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure objections to claims may be filed before or after confirmation.

12.    **Payment Increases.** The Debtor(s) will increase payments in the amount necessary to fund allowed claims as this plan proposes, after notice from the Trustee and a hearing if necessary, unless a plan modification is approved.

13.    **Federal Rule of Bankruptcy Procedure 3002.1.** The Trustee shall not pay any fees, expenses, or charges disclosed by a creditor pursuant to Fed. R. Bankr. P. 3002.1(c) unless the Debtor's(s') plan is modified after the filing of the notice to provide for payment of such fees, expenses, or charges.

14.    **Service of Plan.** Pursuant to Fed. R. Bankr. P. 3015(d) and General Order 2017-3, the Debtor(s) shall serve the Chapter 13 plan on the Trustee and all creditors when the plan is filed with the court, and file a certificate of service accordingly. If the Debtor(s) seek(s) to limit the amount of a secured claim based on valuation of collateral (paragraph 4(f) above), seek(s) to avoid a security interest or lien (paragraph 8 above), or seek(s) to initiate a contested matter, the Debtor(s) must serve the plan on the affected creditors pursuant to Fed. R. Bankr. P. 7004. See Fed. R. Bankr. P. 3012(b), 4003(d), and 9014.

15.    **Nonstandard Provisions.** Under Fed. R. Bankr. P. 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise in this local plan form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.


**By signing below, I certify the foregoing plan contains no nonstandard provisions other than those set out in paragraph 15.**

Dated:    **February  1, 2023**                               **/s/ Robert Crowell**
                                                              **Robert Crowell**
                                                              _Debtor 1_


                                                              _Debtor 2_

                                                              **/s/ James B. Smith**
                                                              **James B. Smith 122069**
                                                              _Attorney for the Debtor(s)_

GASB - Form 113 December 1, 2017

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day placed in the United States Mail a copy of the foregoing AMENDED CHAPTER 13 PLAN AND MOTION to the following:

**SEE ATTACHED MATRIX**

I hereby certify that I have served a copy of the Chapter 13 Plan on the following corporations addressed to an Agent or Officer by First Class Mail with proper postage affixed thereon to the following addresses:

**(See attached matrix: For each entity required to be served pursuant to Federal Rule of Bankruptcy Procedure 7004(b)(3) the wording "Attention: Managing Officer" or appropriate similar wording is included in the address.)**

I hereby certify that the following insured depository institutions were served by Certified Mail addressed to the officer of the institution:

I hereby certify that the following parties and counsel were served electronically through the Notice of Electronic at the following address:

M. Elaina Massey
Chapter 13 Trustee


Respectfully submitted this 1st Day of February, 2023



_____/s/James B. Smith_

James B. Smith
Attorney for Debtor
GA BAR NO: 122069
15618 U.S. Highway 17
Townsend, GA 31331
9128322395

Label Matrix for local noticing
113J-2
Case 22-20300-MJK
Southern District of Georgia
Brunswick
Thu Jan 26 12:32:03 EST 2023

1st Franklin Financial
95 Altama Connector
Brunswick GA 31521-0459

1st Franklin Financial Corporation
Attn: Administrative Services
PO Box 880
Toccoa, GA 30577-0880

AES
Attn: Bankruptcy
Po Box 64378
St. Paul MN 55164-0378

Acima Credit
9815 South Monroe Street
4th Floor
Sandy UT 84070-4384

Alliant Capital Management - HDH
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVE., STE 400
SEATTLE, WA 98121-3132

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Bridgecrest
7300 East Hampton Avenue
Suite 100
Mesa AZ 85209-3324

Bridgecrest Acceptance Corporation by AIS Po
PO Box 4138
Houston, TX 77210-4138

Bridgecrest Acceptance Corporation, c/o AIS
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks CA 91411-2546

Capital Bank N.A.
2275 Research Blvd. Ste 600
Rockville MD 20850-6238

Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis MO 63179-0034

Cooling & Winter LLC
PO Box 100150
Marietta GA 30061-7001

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood MA 02062-2679

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas NV 89193-8873

Robert Crowell
1073 Well Street NE
Townsend, GA 31331-4017

Holloway Credit Solutions
Attn: Bankruptcy
Po Box 230609
Montgomery AL 36123-0609

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Internal Revenue Service
PO Box 931000
Louisville KY 40293-1000

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

M. Elaina Massey
Post Office Box 1717
Brunswick, GA 31521-1717

McIntosh County Magistrate Court
310 North Way Suite 101
Darien GA 31305-9124

McIntosh County Magistrate Court
PO Box 458
Darien GA 31305-0458

Memorial Savannah
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

(p)MID ATLANTIC FINANCE
4592 ULMERTON ROAD
CLEARWATER FL 33762-4107

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Funding, LLC
Attn: Bankruptcy
Po Box 939069
San Diego CA 92193-9069

(p)MODEL FINANCE COMPANY
PO BOX 5825
ORANGE CA 92863-5825

Nelson Cruz
Attn: Bankruptcy
9535 Forest Lane Suite 114
Dallas TX 75243-6129

Office of the U S Trustee
33 Bull Street, Suite 400
Savannah, GA 31401-3331

Karl B. Osmus
Wolfson & Osmus, LLC
P.O. Box 1726
Valdosta, GA 31603-1726


Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Santander Consumer USA Inc.;
as Assignee for Drive
1601 Elm St., Ste. 800
Dallas, TX 75201-7260


Security Credit Services
Attn: Bankruptcy
Po Box 1156
Oxford MS 38655-1156

James Benjamin Smith
James B. Smith, Attorney at Law, LLC
15618 U S Highway 17
Townsend, GA 31331-3700

(p)TEXAS DEALER SOLUTIONS
ATTN BRENT NEWMAN
4210 SOUTH INDUSTRIAL DR SUITE 100
AUSTIN TX 78744-1173


U S Auto Finance, Inc.
Attn: Bankruptcy
824 North Market St., Suite 220
Wilmington DE 19801-3024

(p)U S  ATTORNEY'S OFFICE
P O BOX 8970
SAVANNAH GA 31412-8970

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901


Westlake Portfolio Management, LLC
Attn: Bankruptcy
Po Box 76809
Los Angeles CA 90076-0809


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Americollect, Inc
1851 S Alverno Road
Manitowoc WI 54221

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Mid-Atlantic Finance Company
4592 Ulmerton Road
Suite 200
Clearwater FL 33762


Model Finance Company
765 The City Dr. South
Orange CA 92868

Texas Dealer Solutions
4210 Industrial Dr
Austin TX 78744

United States Attorney
P.O. Box 8970
Savannah GA 31412


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)1st Franklin Financial Corporation

End of Label Matrix
Mailable recipients    42
Bypassed recipients     1
Total                  43